# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.M. DANIELS, II.<br><br>Plaintiff,<br><br>v.<br><br>F.C.U. RAPE UNIT, et.al.,<br><br>Defendants. | Case No.: 1:19-cv-01682-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS |

Plaintiff L.M. Daniels, II. is appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 6, 2019, the Magistrate Judge issued Findings and Recommendations recommending that Plaintiff's application to proceed in forma pauperis be denied because he has suffered three or more strikes under 28 U.S.C. § 1915(g), and Plaintiff be required to pay the $400.00 filing fee in full. (ECF No. 5.) The Findings and Recommendations were served on Plaintiff and contained notice that objections were to be filed within twenty-one (21) days. (Id.)

Plaintiff filed objections on December 16, 2019. (ECF No. 6.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations issued December 6, 2019, are adopted in full
2. Plaintiff's application to proceed in forma pauperis is denied;
3. Within thirty (30) days from the date of service of this order, Plaintiff must pay the $400.00 filing fee in full; and
4. The failure to pay the filing fee in full will result in dismissal of the action.

IT IS SO ORDERED.

Dated: January 17, 2020

SENIOR DISTRICT JUDGE