# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.M. DANIELS, II.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>F.C.U. RAPE UNIT, et.al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-01682-AWI-SAB (PC)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PAY THE FILING FEE, WITHOUT PREJUDICE<br><br>[ECF No. 9] |

Plaintiff L.M. Daniels, II. is appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 21, 2020, the Court denied Plaintiff's application to proceed in forma pauperis and directed Plaintiff to pay the $400.00 filing fee in full within thirty days. (ECF No. 9.) The Court specifically advised Plaintiff that the failure to pay the filing fee would result in the action being dismissed. (Id.) More than thirty days have passed, and Plaintiff has failed to pay the $400.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that the instant action is dismissed, without prejudice, for failing to obey a court order and failure to pay the filing fee.

IT IS SO ORDERED.

Dated:　March 4, 2020　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　SENIOR　DISTRICT　JUDGE

1